UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:18-CR-93-D

UNITED STATES OF AMERICA

VS.                                             **ORDER**

**COVIA DZELL SMITH**

IT IS HEREBY ORDERED that the following government exhibits be returned to  Sgt. Joseph Cherry  and remain in his or her custody through the time of sentencing and any proceeding on appeal or review.

| **EXHIBIT #** | **EXHIBIT DESCRIPTION** |
|---|---|
| 1 | 6/1 Marijuana |
| 2 | 6/7 Cocaine |
| 3 | 6/20 Cocaine |
|   |   |
|   |   |
|   |   |

So ordered. This  17  day of January 2019.

Case Agent: _____
                        Signature

_____
JAMES C. DEVER III
United States District Judge