UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Criminal No. 7:18-CR-93-1D
Civil No. 7:22-CV-16-D

COVIA DZELL SMITH, )
)
      Petitioner, )
)
v. ) ORDER
)
UNITED STATES OF AMERICA, )
)
      Respondent. )

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This 4 day of February, 2022.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE